*JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-1291-GHK (SPx) | Date | September 13, 2011 |
|---|---|---|---|
| Title | *L & L Enterprises v. Soon Lee, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)** Remanding Action to State Court

On August 22, 2011, we issued an Order to Show Cause ("OSC") why the above-captioned action should not be remanded to state court based on this Court's lack of subject matter jurisdiction. We noted that Defendants Soon Lee and Hyea Lee aka Hyea Leaa's ("Defendants") Notice of Removal had not alleged that we may exercise federal question jurisdiction over this case. We cautioned Defendants that failure to timely respond to our OSC would be deemed their admission that this Court lacks subject matter jurisdiction. The docket reflects that no such response has been timely filed. Pursuant to our OSC, Defendants are **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

                                                                                                          :

                                                    Initials of Deputy Clerk     IR for Bea